**COPY**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ROCKINGHAM PRECAST, INC.

    Plaintiff

vs.                          Case No. 5:2011cv00024

AMERICAN INFRASTRUCTURE -

MARYLAND, INC.

    Defendant

_____/

      The deposition of MICHAEL DAVIES was held on Thursday, February 23, 2012, commencing at 9:00 a.m., at Harford County Government, Department of Public Works, 15 North Bond Street, Bel Air, Maryland 21014, before Susan A. Kambouris, Notary Public.

REPORTED BY: Susan A. Kambouris

Gore Brothers Reporting & Videoconferencing
410 837 3027 - Nationwide - www.gorebrothers.com


DEFENDANT'S EXHIBIT A

2

1  APPEARANCES:
2
3       ON BEHALF OF THE PLAINTIFF:
4       CURTIS C. COON, II, ESQUIRE
5            Coon & Cole, LLC
6            401 Washington Avenue, Suite 501
7            Towson, Maryland 21204
8            Telephone: 410-244-8800
9            Facsimile: 410-244-8801
10           Email: cccoon@ccclaw.net
11
12      ON BEHALF OF THE DEFENDANT:
13      EDWARD A. JAEGER, JR., ESQUIRE
14           White and Williams, LLP
15           1650 Market Street
16           One Liberty Place, Suite 1800
17           Philadelphia, Pennsylvania 19103
18           Telephone: 215-864-7000
19           Facsimile: 215-864-7123
20           Email: jaegere@whiteandwilliams.com
21   (APPEARANCES CONTINUED on the Next Page)

1  APPEARANCES CONTINUED:

2

3      ON BEHALF OF GREAT AMERICAN INSURANCE CARRIER:

4      EDWARD J. LONGOSZ, II, ESQUIRE

5          Eckert, Seamans, Cherin & Mellott, LLC

6          1717 Pennsylvania Avenue, N.W., 12th Floor

7          Washington, D.C. 20006

8          Telephone: 202-659-6600

9          Facsimile: 202-659-6699

10         Email: elongosz@eckertseamans.com

11

12     ON BEHALF OF HARFORD COUNTY, MARYLAND:

13     MARGARET HARTKA, ESQUIRE

14         Harford County Department of Law

15         220 South Main Street

16         Bel Air, Maryland 21014

17         Telephone: 410-638-3205

18         Facsimile: 410-879-7651

19         Email: mkhartka@harfordcountymd.gov

20

21  ALSO PRESENT:  Christopher D. McKew, Project Manager

4

INDEX

Deposition of Michael Davies

February 23, 2012

| Examination By: | Page |
|---|---|
| Mr. Jaeger | 6 |
| Mr. Longosz | 83 |
| Mr. Coon | 120 |
| Mr. Longosz | 126 |

| Exhibit No. | | Marked |
|---|---|---|
| Exhibit 1 | Subpoena to Testify | 7 |
| Exhibit 2 | Hand-Drawn Diagram | 49 |
| Exhibit 3 | Photocopy of Paperwork | 52 |
| Exhibit 4 | 29-Jan-10 Inspection Report | 60 |
| Exhibit 5 | Page 39 of Contract Plans | 69 |
| Exhibit 6 | Photocopy of Photographs | 74 |
| Exhibit 7 | Various Paperwork | 77 |
| Exhibit 8 | Test Results from Rockingham | 111 |
| Exhibit 9 | Test Results from Northeast | 111 |
| Exhibit 10 | Folder with emails from 1/14/2010 | 114 |

1       INDEX (Continued)
2     Deposition of Michael Davies
3         February 23, 2012
4
5  Exhibit No.                                      Marked
6  Exhibit 11  2009 Site Logbook                     115
7  Exhibit 12  2010 Site Logbook                     115
8
9
10
11
12
13
14
15
16
17
18
19
20
21

6

STIPULATION

It is stipulated and agreed by and between counsel for the respective parties that the reading and signing of the deposition by the witness be and the same is hereby waived.

- - - - -

PROCEEDINGS

Whereupon,

MICHAEL DAVIES,

was called on for examination by counsel, and after being duly sworn according to law, was examined and testified as follows:

EXAMINATION BY MR. JAEGER:

Q       Good morning, Mr. Davies. My name is Edward Jaeger. I represent Great American Insurance Carrier for American Infrastructure with regard to a matter that has been brought against Rockingham Precast as a result of a bridge collapse, a partial bridge collapse on South Hampton Road, over by Bynum Run. We are here today for your deposition pursuant to a subpoena that was served on you. Let me show you --

1  delivered?

2  A    I did, Mark McDowell did, both of us.

3  Q    Do you know what day the beams were
4  delivered?

5  A    I believe it was the same day. It is not
6  reflected here, the particular day that it was
7  delivered. I see on a report from the day before that
8  the bearing pads were being set, but I do not see
9  anything about the delivery of the beams, themselves.

10 Q    When the beams were delivered, were they
11 accepted by the County as -- were they accepted by the
12 County?

13 A    They weren't accepted by the County until
14 we received all of the proper documentation for them.

15 Q    When did the County accept the beams?

16      MR. COON: Objection.

17 A    They were paid for 100 percent on November
18 30th, because that is the day we received the
19 certifications.

20 Q    So, on November 30th, 2009, the County paid
21 for the beams 100 percent?

103

1     A     Yes.

2     Q     Are you aware that the American
3 Infrastructure never paid Rockingham Precast for the
4 beams?

5     A     I am not.

6     Q     So, going back, as of November 30th, all of
7 the paperwork was received?

8     A     Yes.

9     Q     Now, the beams were put in place on
10 November 24th?

11     A     Correct.

12     Q     Would you view the beams as being accepted
13 as of that date?

14     MR. COON:  Objection.  It calls for a
15 conclusion.

16     A     Nothing is accepted until final acceptance
17 of the project.

18     Q     But in terms of the beams being
19 delivered -- let me ask you this:  Were the beams
20 inspected and looked at by the County when they were
21 delivered on the 24th, or at or around the 24th?

Gore Brothers Reporting & Videoconferencing
410 837 3027 - Nationwide - www.gorebrothers.com