# Harford County - Public Works-Engineering
## Southampton Rd Bridge 47 Replacement
## Cost Analysis Report

Project Number: 09-164
Contract No: SHA HA118ZM2

| Bid Date: 02/18/2009    1:00 PM | Vendor: American Infrastructure |
|---|---|
| Engineer:   Julio Espinoza | PO Box 278 |
| | Fallston, MD  00002-1047 |

| Item | Item Code | Description | Quantity | UM | Est. Unit Price | Actual Unit Price | Est. Total | Actual Total |
|---|---|---|---|---|---|---|---|---|
| 1001 | 110100 | Clearing And Grubbing | 1.0000 | LS | 26,425.0000 | 30,000.0000 | 26,425.00 | 30,000.00 |
| 1002 | 110350 | Type B Engineers Office | 1.0000 | LS | 31,710.0000 | 20,000.0000 | 31,710.00 | 20,000.00 |
| 1003 | 120500 | Maintenance Of Traffic | 1.0000 | LS | 36,995.0000 | 4,890.0000 | 36,995.00 | 4,890.00 |
| 1004 | 130840 | Construction Stakeout | 1.0000 | LS | 31,710.0000 | 16,600.0000 | 31,710.00 | 16,600.00 |
| 1005 | 130850 | Mobilization | 1.0000 | LS | 211,400.0000 | 189,366.0000 | 211,400.00 | 189,366.00 |
| 1006 | 120626 | Temp Traffic Signs Type III Reflective Sheeting For MOT | 1,400.0000 | SQFT | 19.0300 | 16.0000 | 26,642.00 | 22,400.00 |
| 1007 | 120744 | Type III Barricade For MOT | 10.0000 | EA | 422.8000 | 230.0000 | 4,228.00 | 2,300.00 |
| 1008 | 120820 | Drums For MOT | 35.0000 | EA | 84.5600 | 83.0000 | 2,959.60 | 2,905.00 |
| 1009 | 121148 | Temp 32" F Shape Concrete Traffic Barrier | 240.0000 | LF | 52.8500 | 15.5000 | 12,684.00 | 3,720.00 |
| 1010 | 120552 | Contingent Crusher Run Aggregate CR-6 For MOT | 100.0000 | TN | 31.7100 | 12.0000 | 3,171.00 | 1,200.00 |
| 1011 | 120561 | Contingent Hot Mix Asphalt For MOT | 60.0000 | TN | 84.5600 | 49.0000 | 5,073.60 | 2,940.00 |
| 1012 | 114280 | Removal Of Existing Pavement Line Markings-Any Width For MOT | 1,600.0000 | LF | 1.0600 | 1.8500 | 1,696.00 | 2,960.00 |
| 1013 | 114205 | 4" Yellow Removable Preformed Pavement Line Markings For MOT | 1,000.0000 | LF | 1.5900 | 2.6000 | 1,590.00 | 2,600.00 |
| 1014 | 114206 | Removal Of 4" Removable Preformed Pavement Markings For MOT | 1,000.0000 | LF | 0.2600 | 1.3000 | 260.00 | 1,300.00 |
| 1015 | 120610 | Contingent Arrow Panel For MOT | 10.0000 | UD | 52.8500 | 23.0000 | 528.50 | 230.00 |
| 1016 | 120860 | Contingent Portable Variable Message Sign For MOT | 10.0000 | UD | 158.5500 | 131.0000 | 1,585.50 | 1,310.00 |
| 2001 | 201031 | Contingent Class 1-A Excavation | 1,000.0000 | CY | 26.4300 | 5.0000 | 26,430.00 | 5,000.00 |
| 2002 | 201030 | Class 1 Excavation | 4,800.0000 | CY | 26.4300 | 10.0000 | 126,864.00 | 48,000.00 |
| 2003 | 202065 | Common Borrow | 11,700.0000 | CY | 21.1400 | 8.7500 | 247,338.00 | 102,375.00 |
| 2004 | 202050 | Contingent Select Borrow | 1,000.0000 | CY | 42.2800 | 5.0000 | 42,280.00 | 5,000.00 |
| 2005 | 203030 | Contingent Test Pit Excavation | 20.0000 | CY | 126.8400 | 112.0000 | 2,536.80 | 2,240.00 |
| 2006 | 210030 | Removal Of Existing Masonry | 3.0000 | CY | 211.4000 | 683.0000 | 634.20 | 2,049.00 |
| 2007 | 210025 | Removal Of Existing Pavement | 110.0000 | SQYD | 42.2800 | 21.0000 | 4,650.80 | 2,310.00 |
| 2008 | 201040 | Contingent Geosynthetic Stabilized Subgrade Using GAB | 150.0000 | CY | 42.2800 | 37.0000 | 6,342.00 | 5,550.00 |
| 3001 | 301006 | Stabilized Construction Entrance | 80.0000 | TN | 31.7100 | 50.0000 | 2,536.80 | 4,000.00 |
| 3002 | 301007 | Contingent Rehabilitate Stabilized Construction Entrance | 40.0000 | TN | 31.7100 | 50.0000 | 1,268.40 | 2,000.00 |
| 3003 | 301010 | Contingent Class 3 Excavation For Incidental Construction | 100.0000 | CY | 37.0000 | 25.0000 | 3,700.00 | 2,500.00 |
| 3004 | 301120 | Contingent Select Backfill Using Crusher Run Aggregate CR-6 | 100.0000 | CY | 42.2800 | 23.0000 | 4,228.00 | 2,300.00 |
| 3005 | 301110 | Contingent Selected Backfill Using AASHTO 57 Aggregate | 100.0000 | CY | 42.2800 | 22.0000 | 4,228.00 | 2,200.00 |
| 3006 | 301112 | Contingent Flowable Backfill For Abandoned Pipe Culverts | 6.0000 | CY | 184.9800 | 78.0000 | 1,109.88 | 468.00 |
| 3007 | 302418 | 18" RCCP-Class IV | 515.0000 | LF | 63.4200 | 46.0000 | 32,661.30 | 23,690.00 |
| 3008 | 368818 | 18" Standard Concrete End Section | 3.0000 | EA | 792.7500 | 660.0000 | 2,378.25 | 1,980.00 |
| 3009 | 379126 | Std Type S Combo Inlet Double Grate Tandem Minimum Depth | 3.0000 | EA | 2,642.5000 | 3,260.0000 | 7,927.50 | 9,780.00 |
| 3010 | 378164 | Std Single Opening Type K Inlet Open End Grate Minimum Depth | 1.0000 | EA | 2,642.5000 | 2,050.0000 | 2,642.50 | 2,050.00 |
| 3011 | 378167 | Std Double Opening Type K Inlet Open End Grate Minimum Depth | 2.0000 | EA | 2,642.5000 | 2,050.0000 | 5,285.00 | 4,100.00 |
| 3012 | 380600 | 48" Precast Diameter Manhole For 18" Pipes Minimum Depth | 2.0000 | EA | 3,171.0000 | 1,930.0000 | 6,342.00 | 3,860.00 |
| 3013 | 380605 | 48" Precast Diameter Manhole For 18" Pipes Vertical Depth | 4.0000 | LF | 211.4000 | 74.0000 | 845.60 | 296.00 |
| 3014 | 388066 | Median Inlet Protection | 5.0000 | EA | 264.2500 | 157.0000 | 1,321.25 | 785.00 |
| 3015 | 390221 | Class I Riprap Ditch | 100.0000 | SQYD | 52.8500 | 53.0000 | 5,285.00 | 5,300.00 |

Run By:    Charlie Isennock





DEFENDANT'S
EXHIBIT
B
Blumberg No. 5114

05/05/2009
7:22 am

# Harford County - Public Works-Engineering
## Southampton Rd Bridge 47 Replacement
## Cost Analysis Report

Page 2 of 3

**Project Number: 09-164**
**Contract No: SHA HA118ZM2**

| Bid Date: 02/18/2009 1:00 PM | Vendor: American Infrastructure |
| Engineer: Julio Espinoza | PO Box 278 |
| | Fallston, MD 00002-1047 |

| Item | Item Code | Description | Quantity | UM | Est. Unit Price | Actual Unit Price | Est. Total | Actual Total |
|------|-----------|-------------|----------|----|----------------|-------------------|------------|--------------|
| 3016 | 391001 | Bottom Cutoff Walls For Class III Riprap Ditch | 10.0000 | LF | 26.4300 | 40.0000 | 264.30 | 400.00 |
| 3017 | 390222 | Class II Riprap Ditch | 20.0000 | SQYD | 79.2800 | 56.0000 | 1,585.60 | 1,120.00 |
| 3018 | 391002 | Bottom Cutoff Walls For Class II Riprap Ditch | 10.0000 | LF | 47.5700 | 40.0000 | 475.70 | 400.00 |
| 3019 | 390529 | Gravel Filter Diaphragm | 50.0000 | TN | 79.2800 | 40.0000 | 3,964.00 | 2,000.00 |
| 3020 | 301005 | Temporary Stone Outlet Structure | 1.0000 | TN | 52.8500 | 141.0000 | 52.85 | 141.00 |
| 3021 | 390525 | Silt Fence | 650.0000 | LF | 3.1700 | 2.0000 | 2,060.50 | 1,300.00 |
| 3022 | 390535 | Super Silt Fence | 2,500.0000 | LF | 9.5100 | 7.0000 | 23,775.00 | 17,500.00 |
| 3023 | 388052 | Water Quality Check Dam | 7.0000 | TN | 52.8500 | 85.0000 | 369.95 | 595.00 |
| 3024 | 388060 | Stone Check Dam | 3.0000 | TN | 52.8500 | 85.0000 | 158.55 | 255.00 |
| 3025 | 301211 | Removal Of Existing Pipe Any Size To 24" Diameter | 75.0000 | LF | 31.7100 | 43.0000 | 2,378.25 | 3,225.00 |
| 3026 | 387106 | Contingent 6" Longitudinal Underdrain | 500.0000 | LF | 31.7100 | 9.0000 | 15,855.00 | 4,500.00 |
| 3027 | 387109 | Contingent 6" Longitudinal Underdrain Outlets | 50.0000 | LF | 8.4600 | 24.1000 | 423.00 | 1,205.00 |
| 3028 | 301311 | Contingent Mix #2 Concrete Misc Structures | 2.0000 | CY | 528.5000 | 1,200.0000 | 1,057.00 | 2,400.00 |
| 3029 | 301312 | Contingent Brick Masonry For Misc Structures | 2.0000 | CY | 634.2000 | 1,090.0000 | 1,268.40 | 2,180.00 |
| 4001 | 410005 | Maintenance Of Stream Flow For Relocated Bridge | 1.0000 | LS | 42,280.0000 | 39,300.0000 | 42,280.00 | 39,300.00 |
| 4002 | 417105 | Class 3 Excavation For Relocated Bridge | 520.0000 | CY | 47.5700 | 43.0000 | 24,736.40 | 22,360.00 |
| 4003 | 421124 | Steel Bearing Piles Thru Overburden For Relocated Bridge | 780.0000 | LF | 126.8400 | 50.0000 | 98,935.20 | 39,000.00 |
| 4004 | 421123 | Setup For Steel Bearing Pile For Relocated Bridge | 49.0000 | EA | 1,268.4000 | 2,700.0000 | 62,151.60 | 132,300.00 |
| 4005 | 421122 | Steel Bearing Pile In Coreable Material For Relocated Bridge | 245.0000 | LF | 422.8000 | 47.0000 | 103,586.00 | 11,515.00 |
| 4006 | 428105 | Footing Concrete For Relocated Bridge | 200.0000 | CY | 475.6500 | 357.0000 | 95,130.00 | 71,400.00 |
| 4007 | 431104 | Substructure Concrete For Relocated Bridge | 1.0000 | LS | 157,493.0000 | 193,000.0000 | 157,493.00 | 193,000.00 |
| 4008 | 433090 | Prestressed Concrete Beams For Relocated Bridge | 1.0000 | LS | 280,105.0000 | 198,000.0000 | 280,105.00 | 198,000.00 |
| 4009 | 433155 | Superstructure Concrete For Relocated Bridge | 1.0000 | LS | 211,400.0000 | 183,000.0000 | 211,400.00 | 183,000.00 |
| 4010 | 472145 | Traffic Barrier W Beam For Relocated Bridge | 130.0000 | LF | 211.4000 | 128.0000 | 27,482.00 | 16,640.00 |
| 4011 | 472140 | Traffic Barrier W-Beam W/Handrail For Relocated Bridge | 130.0000 | LF | 317.1000 | 207.0000 | 41,223.00 | 26,910.00 |
| 4012 | 492036 | Class III Riprap For Scour Protection For Relocated Bridge | 340.0000 | TN | 84.5600 | 47.0000 | 28,750.40 | 15,980.00 |
| 4013 | 410109 | Removal Of Portions Of Existing Bridge | 1.0000 | LS | 31,710.0000 | 15,400.0000 | 31,710.00 | 15,400.00 |
| 4014 | 410005 | Maintenance Of Stream Flow For Existing Bridge | 1.0000 | LS | 26,425.0000 | 16,900.0000 | 26,425.00 | 16,900.00 |
| 4015 | 417105 | Class 3 Excavation For Existing Bridge | 20.0000 | CY | 47.5700 | 41.0000 | 951.40 | 820.00 |
| 4016 | 431105 | Substructure Concrete For Existing Bridge | 40.0000 | CY | 898.4500 | 962.0000 | 35,938.00 | 38,480.00 |
| 4017 | 433090 | Prestressed Concrete Beams For Existing Bridge | 1.0000 | LS | 78,218.0000 | 51,000.0000 | 78,218.00 | 51,000.00 |
| 4018 | 433150 | Superstructure Concrete For Existing Bridge | 1.0000 | LS | 42,280.0000 | 85,000.0000 | 42,280.00 | 85,000.00 |
| 4019 | 472145 | W-Beam Traffic Barrier For Existing Bridge | 125.0000 | LF | 211.4000 | 139.0000 | 26,425.00 | 17,375.00 |
| 4020 | 492035 | Class II Riprap For Scour Protection For Existing Bridge | 197.0000 | TN | 84.5600 | 48.0000 | 16,658.32 | 9,456.00 |
| 4021 | 445103 | Segmental Block Wall | 1.0000 | LS | 42,280.0000 | 26,100.0000 | 42,280.00 | 26,100.00 |
| 4022 | 424105 | Contingent Subfoundation Concrete For Bridge | 20.0000 | CY | 317.1000 | 173.0000 | 6,342.00 | 3,460.00 |
| 5001 | 520114 | 8" Graded Aggregate Base Course Using GAB (2-4" Layers) | 6,600.0000 | SQYD | 12.6800 | 9.2000 | 83,688.00 | 60,720.00 |
| 5002 | 520152 | Contingent Calcium Chloride/Magnesium Chloride-Base Course | 4.0000 | TN | 422.8000 | 801.0000 | 1,691.20 | 3,204.00 |
| 5003 | 520112 | 5" Graded Aggregate Base For Curb And Gutter | 500.0000 | SQYD | 6.3400 | 9.2000 | 3,170.00 | 4,600.00 |



05/05/2009
7:22 am

**Harford County - Public Works-Engineering**
**Southampton Rd Bridge 47 Replacement**
**Cost Analysis Report**

Page 3 of 3

Project Number: 09-164
Contract No: SHA HA118ZM2

Bid Date: 02/18/2009    1:00 PM          Vendor: American Infrastructure
Engineer: Julio Espinoza                          PO Box 278
                                                 Fallston, MD 00002-1047

| Item | Item Code | Description | Quantity | UM | Est. Unit Price | Actual Unit Price | Est. Total | Actual Total |
|------|-----------|-------------|----------|----|-----------------|-------------------|------------|--------------|
| 5004 | 520109 | 3" Graded Aggregate Base Course For Sidewalk | 1,150.0000 | SQYD | 5.2900 | 8.0000 | 6,083.50 | 9,200.00 |
| 5005 | 599201 | Milling Hot Mix Asphalt Pavement 0" To 2" | 1,500.0000 | SQYD | 10.5700 | 3.1500 | 15,855.00 | 4,725.00 |
| 5006 | 504206 | HMA Superpave 12.5 MM Surface PG64-22 Level-2 | 900.0000 | TN | 68.7100 | 62.0000 | 61,839.00 | 55,800.00 |
| 5007 | 504298 | HMA Superpave 19 MM Base PG64-22 Level 2 | 1,300.0000 | TN | 63.4200 | 53.0000 | 82,446.00 | 68,900.00 |
| 5008 | 504207 | HMA Superpave 12.5 MM Wedge/Level PG 64-22 Level 2 | 200.0000 | TN | 73.9900 | 68.0000 | 14,798.00 | 13,600.00 |
| 5009 | 561120 | 9" Integrally Colored Imprinted Concrete Pavement | 450.0000 | SQYD | 79.2800 | 96.0000 | 35,676.00 | 43,200.00 |
| 6001 | 634512 | Standard 7" Combination Curb And Gutter | 1,750.0000 | LF | 16.9100 | 18.0000 | 29,592.50 | 31,500.00 |
| 6002 | 634340 | Standard Type C Combination Curb And Gutter | 520.0000 | LF | 21.1400 | 17.5000 | 10,992.80 | 9,100.00 |
| 6003 | 655104 | 4" Concrete Sidewalk | 10,500.0000 | SQFT | 5.2900 | 3.9000 | 55,545.00 | 40,950.00 |
| 6004 | 660652 | Traffic Barrier W-Beam Barricade | 25.0000 | EA | 42.2800 | 58.0000 | 1,057.00 | 1,450.00 |
| 6005 | 660652 | Traffic Barrier W-Beam | 150.0000 | LF | 21.1400 | 36.0000 | 3,171.00 | 5,400.00 |
| 6006 | 661510 | Type C Traffic Barrier End Treatment | 5.0000 | EA | 2,114.0000 | 2,610.0000 | 10,570.00 | 13,050.00 |
| 6007 | 661501 | Type A End Anchorage | 1.0000 | EA | 1,057.0000 | 940.0000 | 1,057.00 | 940.00 |
| 6008 | 681540 | Type K Traffic Barrier End Treatment | 2.0000 | EA | 1,057.0000 | 783.0000 | 2,114.00 | 1,566.00 |
| 7001 | 701325 | Placing Salvaged Topsoil 2" Depth | 2,300.0000 | SQYD | 4.2300 | 0.5000 | 9,729.00 | 1,150.00 |
| 7002 | 704325 | Placing Furnished Topsoil - 2" Depth | 9,100.0000 | SQYD | 6.3400 | 1.0000 | 57,694.00 | 9,100.00 |
| 7003 | 704370 | Placing Furnished Topsoil 12" Depth | 220.0000 | SQYD | 15.8600 | 4.0000 | 3,489.20 | 880.00 |
| 7004 | 705400 | Temporary Seeding | 130.0000 | LBS | 15.8600 | 8.0000 | 2,061.80 | 1,040.00 |
| 7005 | 707355 | Permanent Seeding | 10,500.0000 | SQYD | 1.0600 | 0.3000 | 11,130.00 | 3,150.00 |
| 7006 | 707355 | Contingent Overseeding Permanent Seeding Areas | 50.0000 | LBS | 8.4600 | 15.0000 | 423.00 | 750.00 |
| 7007 | 705560 | Contingent Refertilizing | 280.0000 | LBS | 1.0600 | 5.0000 | 296.80 | 1,400.00 |
| 7008 | 708240 | Type A Soil Stabilization Matting | 1,400.0000 | SQYD | 3.1700 | 2.4000 | 4,438.00 | 3,360.00 |
| 7009 | 722360 | Carya Ovatia (Shagbark Hickory) 2" Cal. B&B | 9.0000 | EA | 237.8300 | 0.0000 | 2,140.47 | 0.00 |
| 7010 | 725430 | Quercus Rubra (Red Oak) 2" Cal. B&B | 9.0000 | EA | 237.8300 | 183.0000 | 2,140.47 | 1,647.00 |
| 7011 | 722460 | X Cuppressocyparis Leylandii (Leyland Cypress) 2" Cal. B&B | 6.0000 | EA | 237.8300 | 157.0000 | 1,426.98 | 942.00 |
| 7012 | 743279 | Pinus Strobus (White Pine) 2" Cal. B&B | 6.0000 | EA | 237.8300 | 104.0000 | 1,426.98 | 624.00 |
| 7013 | 722509 | Fraxinus Pennsylvanica (Green Ash) 1" Cal. B&B | 9.0000 | EA | 84.5600 | 63.0000 | 761.04 | 567.00 |
| 7014 | 750929 | Cercis Canadensis (Eastern Redbud) 1" Cal. B&B | 9.0000 | EA | 84.5600 | 63.0000 | 761.04 | 567.00 |
| 7015 | 780029 | Carpinus Caroliniana (American Hornbeam) 1" Cal. B&B | 9.0000 | EA | 84.5600 | 63.0000 | 761.04 | 567.00 |
| 7016 | 764531 | Viburnum Dentatum Arrowwood 30" Height | 21.0000 | EA | 31.7100 | 23.0000 | 665.91 | 483.00 |
| 7017 | 764039 | Viburnum Acerifolium (Mapleleaf Viburnum) 30" Height | 21.0000 | EA | 31.7100 | 23.0000 | 665.91 | 483.00 |
| 8001 | 811700 | Water Main Replacement | 1.0000 | LS | 105,700.0000 | 73,900.0000 | 105,700.00 | 73,900.00 |
| 8002 | 812533 | Sewer Main Relocation | 1.0000 | LS | 211,400.0000 | 66,700.0000 | 211,400.00 | 66,700.00 |
| 8003 | 805117 | 4" PVC Electrical Conduit And Fittings | 300.0000 | LF | 26.4300 | 11.0000 | 7,929.00 | 3,300.00 |

|  |  |  |  |  |  | SubTotal - Bid Related Costs | 3,316,068.54 | 2,331,686.00 |

Bid Percent Above Estimate          0.00 %                    Overall Totals:    3,316,068.54    2,331,686.00

Run By:    Charlie Isennock

Generated by a SharpeSoft Product