# UNIFIED BUILDING SCIENCES INC

| Item Code | Description | Value | Adjustment | Net Value | Comments |
|---|---|---|---|---|---|
| 1002.10 | SHA Field Office | $ 5,024.40 | $ (2,512.20) | $ 2,512.20 | The value has been adjusted relative to the costs for 6 week duration of work |
| 1003.10 | Maintenance of Traffic | $ 1,872.70 | $ (201.94) | $ 1,670.76 | Value adjusted for duration of erection of beams only -(2 men x 2 days x 9 hours = 36 hours) 36 x $46.41=$1,670.76 |
| 1004.10 | Construction Stakeout | $ 2,506.29 | $ (416.04) | $ 2,090.25 | Proportional value adjustment for 5 beams verses 6 beams |
| 1005.00 | Mobilization | $ 1.00 | | $ 1.00 | Nominal Value |
| 1005MU | Contractor's Markup | $ 115,813.00 | $ (115,813.00) | - | Value is 18.2% of the total costs- Will be included below based on adjusted value |
| 1005.10 | Equipment Mobs | $ 14,600.00 | $ (5,350.00) | $ 9,250.00 | Deducted earth moving related equipment and reduced the equipment moves not adjusted in previously revised estimate( 3 moves verse 15 moves) |
| 1005.20 | Al Trailer/Office | $ 1,590.00 | $ (795.00) | $ 795.00 | The value has been adjusted relative to the costs for 6 week duration of work |
| 4008.10 | Purchase of 6 box beams | $ 137,321.00 | $ (9,667.00) | $ 127,654.00 | Breakout value less bearing pads (see below) |
|  | Reduction of cost for 5 beams verse 6 beams | | $ (22,886.83) | $ (22,886.83) | Deduction of failed box beam- Value increased to accommodate singular beam purchase |
| 4008.20 | Erection of 6 Box Beams | $ 36,732.00 | | $ 36,732.00 | |
|  | Deduction of overtime relative to 5 beams verse 6 beams | | $ (755.00) | $ (755.00) | |
|  | Proportion deduct for labor/equipment for 5 verse 6 beams | | $ (822.00) | $ (822.00) | |
| 4008.30 | Install Fall Protection | $ 3,819.89 | | $ 3,819.89 | |
| 4009.10 | Erect Overhang/Strip | $ 17,163.62 | | $ 17,163.62 | |
| 4009.02 | Erect 8" side forms | $ 6,447.31 | | $ 6,447.31 | |
| 4009.03 | Set Bidwell Chairs/Rail | $ 6,961.41 | | $ 6,961.41 | |
| 4009.04 | Buy and Place SIP Forms | $ 11,330.11 | | $ 11,330.11 | |
| 4009.05 | Shore/Form Diaphragms/Remove | $ 20,689.53 | | $ 20,689.53 | |
| 4009.06 | Trail Bidwell | $ 7,225.81 | $ (3,612.91) | $ 3,612.91 | Added a 2nd day for set-up |
| 4009.07 | Place and Cure Concrete | $ 31,247.12 | $ (11,615.42) | $ 19,631.70 | Only 120 yards poured before beam failed |
| 4009.08 | Strip/clean/place seals | $ 1,851.44 | | $ 1,851.44 | |
| 4009.13 | Supply and Install Deck Rebar | $ 33,611.50 | | $ 33,611.50 | |
| 9001-01 | Saw & Prep Beams | $ 26,865.89 | $ (4,459.74) | $ 22,406.15 | Proportional value adjustment for 5 beams verses 6 beams |
| 9001-01A | Debris screens | $ 4,985.89 | $ (827.66) | $ 4,158.23 | Proportional value adjustment for 5 beams verses 6 beams |
| 9001-01B | Demo/Broken Beam Removal | $ 25,963.24 | $ (25,963.24) | | |
|  | Remove Box Beams/Demo Deck | $ 7,533.97 | | $ 7,533.97 | |
| 9001.02A | Remove Overhangs | $ 5,731.81 | | $ 5,731.81 | |
| 9100-02B | Remove Diaphragms | $ 6,338.22 | | $ 6,338.22 | |
| 9100-03 | Pick and Move Box Beams to Pit | $ 131,189.10 | $ (21,777.39) | $ 109,411.71 | Proportional value adjustment for 5 beams verses 6 beams |
| 90001000.00 | Factored Supervision | $ 81,424.34 | | $ 81,424.34 | |
|  | Reduction of Supervisor to 6 weeks | | $ (22,171.04) | $ (22,171.04) | The value has been adjusted relative to the costs for 6 week duration of work |

DEFENDANT'S EXHIBIT E
Blumberg No. 5114

| Code | Description | | Amount | | Amount | Note |
|---|---|---|---|---|---|---|
| | Reduction of Project Manager to 6 weeks at 24 hours/week | | | $ | (29,437.81) | The value has been adjusted relative to the costs for 6 week duration of work |
| 90002000.00 | Mobilization/Demobilization | $ | 3,764.86 | $ | - | Expense did not occur prior to event |
| | | | | $ | (3,764.86) | The value has been adjusted relative to the costs for 6 week duration of work |
| 90009N | Temporary Job Construction | $ | 1,431.00 | $ | (715.50) | |
| 90011A | Factored Small Tools | $ | 2,991.66 | $ | 2,991.66 | |
| 90099C | Sub Guard | $ | 468.07 | $ | 468.07 | |
| | | $ | 754,496.18 | $ | 470,931.60 | Subtotal |
| | Add back of 18.2% mark-up of costs | | | $ | 85,709.55 | Markup |
| | | | | $ | 556,641.15 | Total |
| | | | | | | |
| 1005.10 | Breakout value for bearing pads | | | $ | 9,667.00 | |
| | | | | $ | 1,759.39 | Markup |
| | | | | $ | 11,426.39 | Bearing Pad Total |
| | | | | | | |
| | | | TOTAL | $ | 568,067.55 | |
| | | | | | | |
| | No documents have been received for the repair of Note: the abutements or the removal of snow. | | | | | |

EXHIBIT McKew 6 3/06/12 RMO

| Description | Value | Original Adjustment | Ins. Paid | Ins. Did not pay | Net Value | |
|---|---|---|---|---|---|---|
| SHA Field Office | $5,024.40 | | $2,512.20 | | $5,024.40 | |
| Maintenance of Traffic | $1,872.70 | ($201.94) | $201.94 | | $1,872.70 | |
| Construction Stakeout | $2,506.29 | ($416.04) | | ($416.04) | $2,090.25 | |
| Mobilization | $1.00 | | | | $1.00 | |
| Contractor's Markup | $115,813.00 | ($115,813.00) | | | | |
| Equipment Mobs | $14,600.00 | ($5,350.00) | | ($5,350.00) | $9,250.00 | |
| Al Trailer/Office | $1,590.00 | ($795.00) | $795.00 | | $1,590.00 | |
| Purchase of 6 Box Beams | $137,321.00 | ($9,667.00) | | | $127,654.00 | Bearing Pads added at end |
| Reduction of cost for 5 beams verse 6 beams | | ($22,886.83) | | ($22,886.83) | ($22,886.83) | |
| Erection of 6 Box Beams | $36,732.00 | | | | $36,732.00 | |
| Deduction of overtime relative to 5 beams verse 6 beams | | ($755.00) | | ($755.00) | ($755.00) | |
| Proportion deduct for labor/equipment for 5 verse 6 beams | | ($822.00) | | ($822.00) | ($822.00) | |
| Install fall protection | $3,819.89 | | | | $3,819.89 | |
| Erect Overhangs/strip | $17,163.62 | | | | $17,163.62 | |
| Erect 8" side forms | $6,447.31 | | | | $6,447.31 | |
| Set Bidwell Chairs/Rail | $6,961.41 | | | | $6,961.41 | |
| Buy and Place SIP Forms | $11,330.11 | | | | $11,330.11 | |
| Shore/Form Diaphragms/Rem | $20,689.53 | | | | $20,689.53 | |
| Trial Bidwell | $7,225.81 | ($3,612.91) | | ($3,612.91) | $3,612.90 | |
| Place and Cure Concrete | $31,247.12 | ($11,615.42) | | | $19,631.70 | |
| Strip/clean/place seals | $1,851.44 | | | | $1,851.44 | |
| Supply and Install Deck Rebar | $33,611.50 | | | | $33,611.50 | |
| Saw & Prep Beams | $26,865.89 | ($4,459.74) | | ($4,459.74) | $22,406.15 | |
| Debris Screens | $4,985.89 | ($827.66) | | ($827.66) | $4,158.23 | |
| Demo/ Broken Beam Remove | $25,963.24 | ($25,963.24) | | ($25,963.24) | | |
| Remove Box Beams/Demo D | $7,533.97 | | | | $7,533.97 | |
| Remove Overhangs | $5,731.81 | | | | $5,731.81 | |
| Remove Diaphragms | $6,338.22 | | | | $6,338.22 | |
| Pick and Move Box Beams to | $131,189.10 | ($21,777.39) | $21,777.39 | | $131,189.10 | |
| Factored Supervision | $81,424.34 | | | | $81,424.34 | |
| Reduction of Supervision to 6 weeks | | ($22,171.04) | $22,171.15 | | | |
| Reduction of Project Manager to 6 weeks at 24 hours/week | | ($29,437.81) | | ($29,437.81) | ($29,437.81) | |
| Mobilization/Demobilization | $3,764.86 | ($3,764.86) | $3,764.70 | | $3,764.86 | |
| Temporary Job Construction | $1,431.00 | ($715.50) | $715.50 | | $1,431.00 | |

AIMD 2397

| | | | | |
|---|---|---|---|---|
| Factored Small Tools | $2,991.66 | | | $2,991.66 |
| | $468.07 | | | $468.07 |
| Sub Guard | | (3,634.37) | | ($3,634.37) |
| Snow Removal | $3,634.37 | | | $522,869.53 |
| | $768,130.55 | ($283,564.58) | | $85,709.55 |
| | | | | $608,679.08 |
| Add back of 18.2% mark-up of costs | | | $51,937.88 | $ (3,634.37) Deductable |
| | | | | $ (98,165.60) |
| | | | | $ (18,475.62) |
| | | | | $ (11,664.22) |
| | | | | $ (25,000.00) |
| | | | | $9,667.00 |
| Breakout values for bearing pads | | | | $1,759.39 |
| | | | | $11,426.39 |
| | | | | $ (30,000.00) |
| Beam Storage and Disposal | | | | $620,005.47 |
| | | | | $ ($171,641.22) |
| TOTAL | | | | Non Reimbursed Amount |