**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

| | |
|---|---|
| ROCKINGHAM PRECAST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:11-CV-00024 |
| ) | Assigned to Judge Michael F. Urbanski |
| ) | |
| AMERICAN INFRASTRUCTURE- ) | |
| MARYLAND, INC., *et. al*., ) | |
| ) | |
| Defendants/ ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ROCKINGHAM PRECAST, INC. ) | |
| ) | |
| Counter-Defendant. ) | |

## **ORDER**

UPON CONSIDERATION of Counter-Defendant Rockingham Precast, Inc.'s ("Rockingham"), Motion in *Limine* and Supporting Memorandum of Law on Damages, any opposition thereto, and the Court being duly advised in the premises, it is this _____ day of _____, 2012, hereby

ORDERED, that said Motion is GRANTED and this Court will preclude and exclude evidence of attorneys' fees and limit damages to those allowed by the contract and warranty, if proved at trial in this matter.

_____
Judge
United States District Judge

(Con't Next Page)

<u>Copies to</u>:

Edward J. Longosz, Esquire
Gabriella V. Cellarosi, Esquire
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
1717 Pennsylvania Ave., N.W., Suite 1200
Washington, DC  20006

Curtis C. Coon, Esquire
COON & COLE, LLC
401 Washington Avenue, Suite 501
Towson, MD  21204

Brad C. Friend, Esquire
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, VA  22102

Edward Abbott Jaeger, Jr., Esquire
WHITE AND WILLIAMS, LLP
One Liberty Place, Suite 1800
1650 Market Street
Philadelphia, PA  19103

Stephen Joseph Annino, Esquire
KASIMER & ANNINO, P.C.
Tysons Office Park
7653 Leesburg Pike
Falls Church, VA  22043